# EXHIBIT B

EFiled: Dec 08 2021 11:22AM EST
Transaction ID 67125136
Case No. N21C-11-222 MMJ CCLD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, Inc. a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation, ILLINOIS NATIONAL INSURANCE COMPANY, an Illinois corporation, MARKEL BERMUDA LTD., a Bermuda corporation <br><br> Defendants. | C.A. No. _____ [CCLD] <br><br><br> **TRIAL BY JURY OF TWELVE DEMANDED** |

### PRAECIPE

TO: PROTHONOTARY OF NEW CASTLE COUNTY

PLEASE ISSUE a Summons and two copies of the Complaint and the Civil Information Sheet to the Sheriff of Kent County to be served on Defendant U.S. Specialty Insurance Company at the following address:

> U.S. Specialty Insurance Company
> c/o Delaware Department of Insurance
> 1351 North Street, Suite 101
> Dover, DE 19904

Dated: November 24, 2021

Respectfully submitted,

REED SMITH LLP

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
Alexandria P. Murphy (No. 6686)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

*Counsel for Plaintiff*




Kent County Sheriff's Office
555 Bay Rd
Dover, DE 19901
302-736-2161

EFiled: Dec 22 2021 12:02PM EST
Transaction ID 67188747
Case No. N21C-11-222 MMJ CCLD

# SHERIFF'S RETURN

| | |
|---|---|
| Ally Financial, Inc. a Delaware Corporation, **Plaintiff,** | C.A. No.: N21C-11-222 MMJ |
| Vs. | Sheriff No.: 21002980 |
| U.S. Specialty Insurance Company, a Texas corporation, Illinois National Insurance Company, an Illinois corporation, Market Bermuda LTD., a Bermuda corporation | Attorney: Firm: Brian M. Rostocki of Reed Smith Suite 1500 1201 Market Street Wilmington, DE 19801 |

To:     Superior Court - NC

Served the within Writ upon:

U.S. Specialty insurance Company, a Texas corporation c/o Insurance Commissioner Trinadad Navarro

by delivering to and leaving in the hands of U.S. Specialty insurance Company, a Texas corporation c/o Insurance Commissioner Trinadad Navarro, Insurance Commissioner of the State of Delaware, true copies of the said Writ together with a copy of the plaintiff's

Summons/Complaint

**$25 Check attached for Insurance Commissioner**

as prescribed by Title 18 Delaware Code Section 525 this day, 12/14/2021.

So Answers,

*Brian E. Lewis*

Brian E. Lewis
Sheriff of Kent County

Form: RC-402 Insurance Commissioner
Revised: 12/11/2018

EFiled: Jan 04 2022 05:01PM EST
Transaction ID 67209453
Case No. N21C-11-222 MMJ CCLD

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. N21C-11-222 MMJ-CCLD |
| | : |
| U.S. SPECIALTY INSURANCE COMPANY, et al., | : |
| | : |
| Defendants. | : |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to approval of the Court, that the deadline for Defendant U.S. Specialty Insurance Company to answer, move, or otherwise respond to the Complaint (Trans. no. 67122855) in this case is hereby extended to February 1, 2022.

| | |
|---|---|
| REED SMITH LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| | |
| */s/ Brian M. Rostocki* | */s/ John C. Phillips, Jr.* |
| Brian M. Rostocki (#4599) | John C. Phillips, Jr. (#110) |
| Alexandria P. Murphy (#6686) | David A. Bilson (#4986) |
| 1201 Market Street, Suite 1500 | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| (302) 778-7500 | (302) 655-4200 |
| *Counsel for Plaintiff* | *Counsel for Defendant U.S. Specialty Insurance Company* |

Dated: January 4, 2022

IT IS SO ORDERED this ___ day of _____, 2022.

_____
, J.

EFiled: Jan 07 2022 02:41PM EST
Transaction ID 67218275
Case No. N21C-11-222 MMJ CCLD

EFiled: Jan 04 2022 05:01PM EST
Transaction ID 67209453
Case No. N21C-11-222 MMJ CCLD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALLY FINANCIAL, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. N21C-11-222 MMJ-CCLD |
| | : | |
| U.S. SPECIALTY INSURANCE COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to approval of the Court, that the deadline for Defendant U.S. Specialty Insurance Company to answer, move, or otherwise respond to the Complaint (Trans. no. 67122855) in this case is hereby extended to February 1, 2022.

| REED SMITH LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| /s/ Brian M. Rostocki | /s/ John C. Phillips, Jr. |
| Brian M. Rostocki (#4599) | John C. Phillips, Jr. (#110) |
| Alexandria P. Murphy (#6686) | David A. Bilson (#4986) |
| 1201 Market Street, Suite 1500 | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| (302) 778-7500 | (302) 655-4200 |
| *Counsel for Plaintiff* | *Counsel for Defendant U.S. Specialty Insurance Company* |

Dated: January 4, 2022

IT IS SO ORDERED this 5th day of January, 2022.

_____, J.

FILED
NCC PROTHONOTARY
2022 JAN -5 P 4:00