# EXHIBIT C

# NATIONAL REGISTERED AGENTS, INC

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: Brian Pierce
Tokio Marine HCC
13403 Northwest Fwy
Houston, TX 77040-6006

SOP Transmittal # **540784263**

Entity Served: U.S. SPECIALTY INSURANCE COMPANY  (Domestic State: TEXAS)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc or its Affiliate in the State of DELAWARE on this 22 day of December, 2021. The following is a summary of the document(s) received:

1. **Title of Action:** ALLY FINANCIAL, Inc. a Delaware corporation vs. U.S. SPECIALTY INSURANCE COMPANY
2. **Document(s) Served:** Other: --
3. **Court of Jurisdiction/Case Number:** None Specified
   Case # N21C11222MMJ
4. **Amount Claimed, if any:** N/A
5. **Method of Service:**

   ___ Personally served by:   ___ Process Server   ___ Law Enforcement   ___ Deputy Sheriff   ___ U. S Marshall

   _X_ Delivered Via:   _X_ Certified Mail   ___ Regular Mail   ___ Facsimile

   ___ Other (Explain):

6. **Date of Receipt:** 12/22/2021
7. **Appearance/Answer Date:** None Specified
8. **Received From:** None Specified
9. **Carrier Airbill #** 1ZY041160190278537
10. **Call Made to:** Not required
11. **Special Comments:**

SOP Papers with Transmittal, via  UPS Next Day Air

Image SOP

Email Notification, Sherri Gibson  sgibson@tmhcc.com

Email Notification, Nakia Davis  NADAVIS@HCC.COM

Email Notification, Elaine Lawson  elawson@tmhcc.com

Email Notification, Helen Herrick  hherrick@tmhcc.com

Email Notification, Brian Pierce  bpierce@tmhcc.com

Email Notification, Sherri Law  slaw@tmhcc.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**         CopiesTo:

877-564-7529 - Telephone
302-655-5049 - Fax

ORIGINAL

# NATIONAL REGISTERED AGENTS, INC

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: Brian Pierce
Tokio Marine HCC
13403 Northwest Fwy
Houston, TX 77040-6006

SOP Transmittal #  **540784263**

Entity Served:   U.S. SPECIALTY INSURANCE COMPANY   (Domestic State: TEXAS)

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by   Gretchen McDougal

ORIGINAL

**STATE OF DELAWARE**
DEPARTMENT OF INSURANCE
1351 W. NORTH ST, SUITE 101
DOVER, DELAWARE 19904

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300
12-03-00

7020 3160 0002 1097 3243



U.S. POSTAGE >> PITNEY BOWES
ZIP 19904 $ 015.60
02 4W
0000357202 DEC 17 202

U.S. SPECIALTY INSURANCE COMPANY
c/o NATIONAL REGISTERED AGENTS, INC.
1209 ORANGE STREET
WILMINGTON, DE 19801



TRINIDAD NAVARRO
COMMISSIONER

STATE OF DELAWARE
DEPARTMENT OF INSURANCE

December 16, 2021

U.S. SPECIALTY INSURANCE COMPANY
c/o NATIONAL REGISTERED AGENTS, INC.
1209 ORANGE STREET
WILMINGTON, DE 19801

**VIA CERTIFIED MAIL 7020 3160 0002 1097 3243**
**RETURN RECEIPT REQUESTED**

RE: ALLY FINANCIAL, INC. v. U.S. SPECIALTY INSURANCE COMPANY, et al.
C.A. No.: N21C-11-222 MMJ [CCLD]

Dear Sir/Madam:

Pursuant to 18 Del. C. § 525, the Delaware Insurance Commissioner's office received the enclosed service of process documents on December 14, 2021.

Please DO NOT send your response to the Delaware Insurance Department. **Respond directly to the requesting party, Brian M. Rostocki, Esq., identified in the enclosed legal process.**

Sincerely,

*Michelle Stevens*

Michelle Stevens
Service of Process Administrator

Enclosure
Cc: Brian M. Rostocki, Esq. (w/out encl.)



EFiled: Nov 24 2021 04:27PM EST
Transaction ID 67122855
Case No. N21C-11-222 MMJ

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, Inc. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation, ILLINOIS NATIONAL INSURANCE COMPANY, an Illinois corporation, MARKEL BERMUDA LTD., a Bermuda corporation<br><br>Defendants. | C.A. No. _____ [CCLD]<br><br><br>**TRIAL BY JURY OF TWELVE DEMANDED** |

## SUMMONS

**TO THE STATE OF DELAWARE,
TO THE SHERIFF OF KENT COUNTY
YOU ARE COMMANDED:**

To summon above-named Defendant U.S. Specialty Insurance Company so that, within 20 days after service hereof upon said Defendant, exclusive of the day of service, said Defendant shall serve upon Reed Smith LLP (Attn.: Brian M. Rostocki, Esq.), Plaintiff's attorney, whose address is 1201 N. Market Street, Suite 1500, Wilmington, Delaware 19801, an answer to the Complaint, and if an affidavit of demand has been filed, an affidavit in defense.

To serve upon Defendant a copy hereof and of the Complaint.

Dated: 12-6-21

Lisa Fontello
Chief Deputy Prothonotary

Per Deputy

- 2 -

**TO THE ABOVE-NAMED DEFENDANT:**

    In the case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above an answer to the Complaint and, if an affidavit of demand has been filed, an affidavit of defense, judgment by default will be rendered against you for the relief demanded in the Complaint, or in the affidavit of demand, if any.

Lisa Fontello<br>
Chief Deputy Prothonotary<br>
<br>
Per Deputy