# EXHIBIT D

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC., a Delaware corporation<br>              Plaintiff,<br><br>v.<br><br>U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation, ILLINOIS NATIONAL INSURANCE COMPANY, an Illinois corporation, MARKEL BERMUDA LTD., a Bermuda corporation<br>              Defendants. | Case No. N21C-11-222 MMJ |

TO THE HONORABLE JUDGE OF THE SUPERIOR COURT:

### NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**PLEASE TAKE NOTICE** that on January 18, 2022, Defendant U.S. Specialty Insurance Company ("U.S. Specialty") filed electronically with the Office of the Clerk of the United States District Court for the District of Delaware, a Notice of Removal of this action to the United States District Court for the District of Delaware pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1.

Upon filing of its Notice of Removal and a copy of the Notice with the Clerk of this Court, Defendant U.S. Specialty has effected this removal in accordance with 28 U.S.C. § 1446(d). This Court is respectfully requested to proceed no further in

.

this action, unless and until such time as the action may be remanded by order of the United States District Court for the District of Delaware.

Dated: January 18, 2022    Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS MCLAUGHLIN & HALL, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Counsel for Defendant*
*U.S. Specialty Insurance Company*