IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. SPECIALTY INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY, and MARKEL BERMUDA LTD., <br><br> Defendants. | No. 1:22-cv-00064-LPS |

## NOTICE OF DISMISSAL OF DEFENDANT MARKEL BERMUDA LTD.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses it claims against Defendant Markel Bermuda Ltd. ("Markel") without prejudice.

Dated: February 8, 2022

Respectfully submitted,

REED SMITH LLP

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
Alexandria P. Murphy (No. 6686)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Fax: (302) 778-7575
Email: brostrocki@reedsmith.com
Email: amurphy@reedsmith.com

*Counsel for Plaintiff Ally Financial, Inc.*