IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation, ILLINOIS NATIONAL INSURANCE COMPANY, an Illinois corporation, MARKEL BERMUDA LTD., a Bermuda corporation,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:22-cv-00064-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' STATEMENT CONCERNING**
**REMOVED CASE PURSUANT TO D. DEL. L.R. 81.2**

Plaintiff Ally Financial, Inc. ("Ally") and Defendant U.S. Specialty Insurance Company ("U.S. Specialty") hereby submit this joint statement pursuant to D. Del. L.R. 81.2 concerning this action.

On November 24, 2021, Ally filed this insurance coverage action against Defendants U.S. Specialty, Illinois National Insurance Company and Markel Bermuda Ltd. in the Superior Court of the State of Delaware. On January 18, 2022, U.S. Specialty removed this action to this Court, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. (D.I. 1). Of the two remaining named Defendants, only Defendant U.S. Specialty has been served at this time.[1] On January 21, 2022, U.S. Specialty filed with this Court a joint stipulation and proposed order to extend the deadline for U.S. Specialty to answer, move or otherwise respond to the complaint until February 8, 2022.

---

[1] Markel Bermuda Ltd. was voluntarily dismissed without prejudice on February 8, 2022.

(D.I. 5). The Court so-ordered the stipulation on January 24, 2022. On February 8, 2022, U.S. Specialty filed its Answer and Affirmative Defenses.

At this time, there are no pending matters which require judicial action.

Dated: February 8, 2022

| REED SMITH LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Brian M. Rostocki* | */s/ David A. Bilson* |
| Brian M. Rostocki (No. 4599) | John C. Phillips, Jr. (No. 110) |
| Alexandria P. Murphy (No. 6686) | David A. Bilson (No. 4986) |
| 1201 Market Street, Suite 1500 | 1200 N. Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| T: (302) 778-7500 | (302) 655-4200 |
| BRostocki@ReedSmith.com | jcp@pmhdelaw.com |
| AMurphy@ReedSmith.com | dab@pmhdelaw.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| REED SMITH LLP | CLYDE & CO US LLP |
| | |
| David M. Halbreich | Joseph A. Bailey III |
| 355 S. Grand Ave., 29th Floor | Raymond D. Pinkham |
| Los Angeles, CA 90071 | 1775 Pennsylvania, Ave. NW |
| T: (213) 457-8000 | 4th Floor |
| DHalbreich@ReedSmith.com | Washington, DC 20006 |
| | (202) 747-5117 |
| Courtney C.T. Horrigan | Joseph.Bailey@clydeco.us |
| Reed Smith Centre | Ray.Pinkham@clydeco.us |
| 225 Fifth Avenue | |
| Pittsburgh, PA 15222 | *Counsel for Defendant* |
| T: (412) 288-3131 | *U.S. Specialty Insurance Company* |
| CHorrigan@ReedSmith.com | |
| | |
| Miranda A. Jannuzzi | |
| Three Logan Square | |
| 1717 Arch Street, Suite 3100 | |
| Philadelphia, PA 19103 | |
| T: (215) 851-8100 | |
| MJannuzzi@ReedSmith.com | |

*Counsel for Plaintiff Ally Financial, Inc.*