IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. SPECIALTY INSURANCE COMPANY and ILLINOIS NATIONAL INSURANCE COMPANY<br><br>        Defendants. | C.A. No. 1:22-cv-00064-LPS |

**PLAINTIFF ALLY FINANCIAL, INC.'S MOTION TO REMAND**

Plaintiff Ally Financial, Inc. ("Ally") hereby moves the Court to exercise its discretion pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, and remand this action to the Delaware Superior Court. The specific grounds for this motion are contained in the Opening Brief filed contemporaneously with this motion.

Dated: February 17, 2022

OF COUNSEL:

REED SMITH LLP
David M. Halbreich (admitted *pro hac vice*)
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
Email: dhalbreich@reedsmith.com

Respectfully submitted,

REED SMITH LLP

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
Alexandria P. Murphy (No. 6686)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Email: brostrocki@reedsmith.com
Email: amurphy@reedsmith.com

*Counsel for Plaintiff Ally Financial, Inc.*

Courtney C.T. Horrigan (admitted *pro hac vice*)
Robert J. Tritschler (admitted *pro hac vice*)
225 Fifth Avenue
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Email: chorrigan@reedsmith.com
Email: rtritschler@reedswmith.com

Miranda A. Jannuzzi (admitted *pro hac vice*)
Three Logan Square
1717 Arch Street, Ste. 3100
Philadelphia, PA  19103
Telephone: (215) 851-8100
Email: mjannuzzi@reedsmith.com