IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SPECIALTY INSURANCE COMPANY and ILLINOIS NATIONAL INSURANCE COMPANY,<br><br>Defendants. | C.A. No. 1:22-cv-00064-VAC |

NOTICE OF DISMISSAL OF DEFENDANT
ILLINOIS NATIONAL INSURANCE COMPANY

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses its claims against Defendant Illinois National Insurance Company with prejudice.

Dated: April 1, 2022

Respectfully submitted,

REED SMITH LLP

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
Alexandria P. Murphy (No. 6686)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Fax:  (302) 778-7575
Email:  brostrocki@reedsmith.com
Email:  amurphy@reedsmith.com

*Counsel for Plaintiff Ally Financial, Inc.*