# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | C.A. No. 22-64-MPT |

### ORDER

At Wilmington this **12th day of May, 2022**.

IT IS ORDERED that a virtual scheduling teleconference pursuant to Federal Rule of Civil Procedure 16(b) will be held on **Monday, June 13, 2022 at 11:00 a.m. Eastern Time** with Chief Magistrate Judge Mary Pat Thynge. Attire for the virtual scheduling conference shall be business casual **Plaintiff's counsel is responsible for scheduling a court reporter, arranging a conferencing service, and sharing the virtual conference link with Judge Thynge's law clerk, Daniel Taylor, at daniel_taylor@ded.uscourts.gov.**

The parties are required to prepare for the scheduling conference by conferring on all matters under Rule 16 and District of Delaware Local Rule 16.1 and shall submit a joint proposed Scheduling Order to the Court no later than **June 6, 2022**. Judge Thynge's form scheduling orders for civil matters are posted at http://www.ded.uscourts.gov (see Chambers, Judge Thynge, Forms). If the parties have any suggestions or modifications to the standard Scheduling Order, they may be

included in the proposed order for consideration by the Court.  If any disputed issue exists regarding the proposed Scheduling Order, it shall be noted therein, along with the parties' proposed language on the issue for consideration by the Court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
Chief United States Magistrate Judge