# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC., a Delaware corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation, )<br>ILLINOIS NATIONAL INSURANCE COMPANY, an Illinois corporation, )<br>MARKEL BERMUDA LTD., a Bermuda corporation, )<br>)<br>Defendants.  ) | Case No. 1:22-cv-00064-MPT |

## STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF COMPLAINT AND SCHEDULING CONFERENCE

WHEREAS, on May 12, 2022, the Court issued an Order setting a virtual scheduling teleconference pursuant Federal Rule of Civil Procedure 16(b) for Monday, June 13, 2022 [D.I. 22];

WHEREAS, counsel for Plaintiff Ally Financial, Inc. ("Ally") and Defendant U.S. Specialty Insurance Company ("U.S. Specialty")[1] subsequently met and conferred during which counsel for Ally advised that Ally intends to seek leave to file an Amended Complaint so as to facilitate early motions practice to determine key legal issues that may facilitate resolution of all or part of the issues in dispute;

WHEREAS, U.S. Specialty agreed not to oppose Ally's proposed amendment, and the parties agree that the most efficient way to move the case forward, and to tailor the proposed

---

[1] U.S. Specialty is the only defendant remaining in the case.

schedule to the operative pleading, would be to continue the virtual scheduling teleconference and the deadline to submit a proposed Scheduling Order until after Ally files its Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties and subject to the Court's approval, that:

- Ally is hereby granted leave to file an Amended Complaint on or before July 1, 2022;

- U.S. Specialty shall answer, move or otherwise respond to the Amended Complaint on or before July 22, 2022;

- The parties shall meet and confer on a proposed Scheduling Order no later than July 29, 2022, and shall submit a proposed Scheduling Order to the Court by no later than August 5, 2022; and

- The virtual scheduling teleconference presently set for Monday, June 13, 2022 at 11 a.m. shall be continued until the first date available for the Court on or after August 12, 2022.

Dated: June 6, 2022

| | |
|---|---|
| REED SMITH LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| */s/ Brian M. Rostocki* | |
| Brian M. Rostocki (No. 4599) | */s/ David A. Bilson* |
| 1201 Market Street, Suite 1500 | John C. Phillips, Jr. (#110) |
| Wilmington, DE 19801 | David A. Bilson (#4986) |
| Telephone: (302) 778-7500 | 1200 North Broom Street |
| Email: brostrocki@reedsmith.com | Wilmington, DE 19806 |
| | (302) 655-4200 |
| *Counsel for Plaintiff Ally Financial, Inc.* | Email: jcp@pmhdelaw.com |
| | Email: dab@pmhdelaw.com |
| | |
| | *Counsel for Defendant U.S. Specialty Insurance Company* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| REED SMITH LLP<br>David M. Halbreich (admitted *pro hac vice*)<br>355 South Grand Avenue<br>Suite 2900<br>Los Angeles, CA  90071<br>Telephone: (213) 457-8000<br>Email:  dhalbreich@reedsmith.com | Joseph A. Bailey III (admitted *pro hac vice*)<br>Raymond D. Pinkham (admitted *pro hac vice*)<br>CLYDE & CO US LLP<br>1775 Pennsylvania Ave. NW<br>4th Floor<br>Washington, DC 20006<br>Telephone: (202) 747-5117<br>Email: Joseph.Bailey@clydeco.us<br>Email: Ray.Pinkham@clydeco.us |

Courtney C.T. Horrigan (admitted *pro hac vice*)
Robert J. Tritschler (admitted *pro hac vice*)
225 Fifth Avenue
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Email:  chorrigan@reedsmith.com
Email:  rtritschler@reedswmith.com

Miranda A. Jannuzzi (admitted *pro hac vice*)
Three Logan Square
1717 Arch Street, Ste. 3100
Philadelphia, PA  19103
Telephone: (215) 851-8100
Email:  mjannuzzi@reedsmith.com

IT IS HEREBY ORDERED this ___6th___ day of ___June___ 2022.

/s/ Mary Pat Thynge
_____
The Honorable Mary Pat Thynge