IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | C.A. No. 1:22-cv-00064-MPT |

**DECLARATION OF BRIAN M. ROSTOCKI IN SUPPORT OF PLAINTIFF ALLY FINANCIAL, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO <u>COUNT I OF THE AMENDED COMPLAINT</u>**

Brian M. Rostocki, being duly sworn, hereby deposes and says:

1. I am a partner with the law firm of Reed Smith LLP, counsel for Plaintiff Ally Financial, Inc. ("Plaintiff") in this matter. I submit this Declaration in support of Plaintiff Ally Financial, Inc.'s Motion for Judgment on the Pleadings as to Count I of the Amended Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Relevant Excerpts of Ally Financial, Inc. Annual Report (Form 10-K) (Feb. 25, 2022).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Petition on Deficiency dated March 30, 2016 in *Ally Financial Inc. v. Alberta Haskins and David Duncan*, Case No. 16JE-AC01713-01 (Mo. Cir. Ct., Jefferson Cty.).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order dated May 9, 2018 in *Ally Financial Inc. v. Alberta Haskins and David Duncan,* Case No. 16JE-AC01713-01, (Mo. Cir. Ct., Jefferson Cty.).

5. Attached hereto as Exhibit 4 is a true and correct copy of Redacted Confidential Settlement Administration Data (redacted to protect confidential personal identifying information).

- 2 -

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Specialty's Letter dated Feb. 28, 2021.

7. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Specialty's Letter dated Oct. 25, 2021.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 30, 2022

REED SMITH LLP

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
Anne M. Steadman (No. 6221)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Email:  brostrocki@reedsmith.com
Email:  asteadman@reedsmith.com

*Counsel for Plaintiff Ally Financial, Inc.*