**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALLY FINANCIAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. SPECIALTY INSURANCE COMPANY, et al. | ) C.A. No. 22-064-MPT |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME**

WHEREAS, on August 3, 2022, the Court entered a Scheduling Order (D.I. 30) setting a briefing schedule for Plaintiff Ally Financial, Inc. ("Ally") to file a motion for judgment on the pleadings on the applicability of the prior acts exclusion and for Defendant U.S. Specialty Insurance Company ("U.S. Specialty") to file a cross-motion for partial judgment on the pleadings on the applicability of the prior acts exclusion (D.I. 30 at ¶ 5(a));

WHEREAS, in accordance with the briefing schedule set forth in the Scheduling Order, Ally filed its motion for judgment on the pleadings on September 30, 2022 (D.I. 33);

WHEREAS, the parties wish to extend the remaining deadlines in connection with Ally's motion for judgment on the pleadings and U.S. Specialty's deadlines in connection with its cross-motion for partial judgment on the pleadings;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that the following deadlines shall be extended as set forth below:

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| U.S. Specialty's consolidated opposition to Ally's motion for judgment on the pleadings and cross-motion for partial judgment on the pleadings (not to exceed 35 pages, excluding tables and exhibits) | October 31, 2022 | November 7, 2022 |
| Ally's consolidated reply in support of its motion for judgment on the pleadings and opposition to U.S. Specialty's cross-motion for partial judgment on the pleadings (not to exceed 20 pages, excluding tables and exhibits) | November 21, 2022 | December 2, 2022 |
| U.S. Specialty's reply in support of its cross-motion for partial judgment on the pleadings (not to exceed 10 pages, excluding tables and exhibits). | December 12, 2022 | December 23, 2022 |

Dated: October 24, 2022

REED SMITH LLP

/s/ Brian M. Rostocki
Brian M. Rostocki (No. 4599)
Anne M. Steadman (No. 6221)
1201 Market Street, Suite 1500
Wilmington, DE  19801
Tel:  (302) 778-7500
FAX:  (302) 778-7575
BRostocki@ReedSmith.com
asteadman@reedsmith.com

*Counsel for Plaintiff*
*Ally Financial, Inc.*

PHILLIPS MCLAUGHLIN & HALL, P.A.

/s/ David A. Bilson
John C. Phillips, Jr.  (No. 110)
David A. Bilson (No. 4986)
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Counsel for Defendant*
*U.S. Specialty Insurance Company*

SO ORDERED this  24th  day of  October , 2022

/s/ Mary Pat Thynge
Mary Pat Thynge
Chief United States Magistrate Judge