# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:22-cv-00064-MPT |
| U.S. SPECIALTY INSURANCE COMPANY, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT U.S. SPECIALTY INSURANCE COMPANY'S
## CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant U.S. Specialty Insurance Company hereby cross-moves for judgment on the pleadings under Federal Rule of Civil Procedure 12(c). The specific grounds for this motion are contained in the Combined Opening Brief in Support of U.S. Specialty's Cross-Motion for Judgment on the Pleadings and Answering Brief in Opposition to Plaintiff's Motion for Judgment on the Pleadings filed contemporaneously with this motion.

Dated: November 7, 2022                    Respectfully submitted,

/s/ *John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Joseph A. Bailey III (*pro hac vice*)
Raymond D. Pinkham (*pro hac vice*)
CLYDE & CO US LLP
1775 Pennsylvania Ave. NW
4th Floor

Washington, DC 20006
(202) 747-5117
Joseph.Bailey@clydeco.us
Ray.Pinkham@clydeco.us

*Counsel for Defendant*
*U.S. Specialty Insurance Company*