IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | No. 1:22-cv-00064-MPT |

**PLAINTIFF ALLY FINANCIAL, INC.'S NOTICE AND CERTIFICATION**

PLEASE TAKE NOTICE, on January 16, 2023 a copy of *Plaintiff Ally Financial, Inc.'s Corrected Opening Brief in Support of its Motion for Judgment on the Pleadings as to Count I of its Amended Complaint and as to Defendant's Second Affirmative Defense in its Answer and Affirmative Defenses* was delivered to David Taylor (daniel_taylor@ded.uscourts.gov) as instructed in the Court's Oral Order dated January 13, 2023.

Delaware counsel has reviewed the Correct Opening Brief and certifies that it complies with Local Rules.

Dated:  January 17, 2023

OF COUNSEL:

REED SMITH LLP
David M. Halbreich (admitted *pro hac vice*)
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071
Telephone: (213) 457-8000
Email:  dhalbreich@reedsmith.com

Courtney C.T. Horrigan (admitted *pro hac vice*)
Douglas Baker (admitted *pro hac vice*)

Respectfully submitted,

REED SMITH LLP

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
Anne M. Steadman (No. 6221)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Email:  brostrocki@reedsmith.com
Email:  asteadman@reedsmith.com

*Counsel for Plaintiff Ally Financial, Inc.*

- 2 -

Robert J. Tritschler (admitted *pro hac vice*)
225 Fifth Avenue
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Email:  chorrigan@reedsmith.com
Email:  douglas.baker@reedsmith.com
Email:  rtritschler@reedsmith.com

Miranda A. Jannuzzi (admitted *pro hac vice*)
Three Logan Square
1717 Arch Street, Ste. 3100
Philadelphia, PA  19103
Telephone: (215) 851-8100
Email:  mjannuzzi@reedsmith.com