## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | No. 1:22-cv-00064-JLH |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims against Defendant U.S. Specialty Insurance Company. The parties hereby further stipulate that each party shall bear their own costs, expenses, and attorneys' fees.

Dated: September 19, 2023

/s/ David A. Bilson
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom St.
Wilmington, DE 19806
Telephone: (302) 655-4200
Email: jcp@pmhdelaw.com
Email: dab@pmhdelaw.com

OF COUNSEL:

WERNER AHARI MANGEL LLP
Joseph A. Bailey III
Raymond D. Pinkham
800 Connecticut Avenue NW, Suite 300
Washington, DC 20006
Telephone: (202) 599-1030
Email: jbailey@wam.law
Email: rpinkham@wam.law

/s/ Brian M. Rostocki
Brian M. Rostocki (No. 4599)
Anne M. Steadman (No. 6221)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Email: brostrocki@reedsmith.com
Email: asteadman@reedsmith.com

OF COUNSEL:

REED SMITH LLP
David M. Halbreich (admitted *pro hac vice*)
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
Email: dhalbreich@reedsmith.com
Courtney C.T. Horrigan (admitted *pro hac vice*)
Douglas Baker (admitted *pro hac vice*)

| | |
|---|---|
| *Counsel for Defendant U.S. Specialty Insurance Company* | Robert J. Tritschler (admitted *pro hac vice*)<br>225 Fifth Avenue<br>Pittsburgh, PA  15222<br>Telephone: (412) 288-3131<br>Email:  chorrigan@reedsmith.com<br>Email:  douglas.baker@reedsmith.com<br>Email:  rtritschler@reedsmith.com<br><br>Miranda A. Jannuzzi (admitted *pro hac vice*)<br>Three Logan Square<br>1717 Arch Street, Ste. 3100<br>Philadelphia, PA  19103<br>Telephone: (215) 851-8100<br>Email:  mjannuzzi@reedsmith.com<br><br>*Counsel for Plaintiff Ally Financial, Inc.* |

SO ORDERED this _____ day of _____, 2023.

_____
THE HONORABLE JENNIFER L. HALL
UNITED STATES MAGISTRATE JUDGE