IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLY FINANCIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | No. 1:22-cv-00064-JLH |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims against Defendant U.S. Specialty Insurance Company. The parties hereby further stipulate that each party shall bear their own costs, expenses, and attorneys' fees.

Dated: September 19, 2023

| | |
|---|---|
| /s/ David A. Bilson | /s/ Brian M. Rostocki |
| John C. Phillips, Jr. (No. 110) | Brian M. Rostocki (No. 4599) |
| David A. Bilson (No. 4986) | Anne M. Steadman (No. 6221) |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | REED SMITH LLP |
| 1200 North Broom St. | 1201 Market Street, Suite 1500 |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| Telephone: (302) 655-4200 | Telephone: (302) 778-7500 |
| Email: jcp@pmhdelaw.com | Email: brostrocki@reedsmith.com |
| Email: dab@pmhdelaw.com | Email: asteadman@reedsmith.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| WERNER AHARI MANGEL LLP | REED SMITH LLP |
| Joseph A. Bailey III | David M. Halbreich (admitted *pro hac vice*) |
| Raymond D. Pinkham | 355 South Grand Avenue, Suite 2900 |
| 800 Connecticut Avenue NW, Suite 300 | Los Angeles, CA 90071 |
| Washington, DC 20006 | Telephone: (213) 457-8000 |
| Telephone: (202) 599-1030 | Email: dhalbreich@reedsmith.com |
| Email: jbailey@wam.law | Courtney C.T. Horrigan (admitted *pro hac vice*) |
| Email: rpinkham@wam.law | Douglas Baker (admitted *pro hac vice*) |

*Counsel for Defendant U.S. Specialty Insurance Company*

Robert J. Tritschler (admitted *pro hac vice*)
225 Fifth Avenue
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Email:  chorrigan@reedsmith.com
Email:  douglas.baker@reedsmith.com
Email:  rtritschler@reedsmith.com

Miranda A. Jannuzzi (admitted *pro hac vice*)
Three Logan Square
1717 Arch Street, Ste. 3100
Philadelphia, PA  19103
Telephone: (215) 851-8100
Email:  mjannuzzi@reedsmith.com

*Counsel for Plaintiff Ally Financial, Inc.*

SO ORDERED this \_\_\_21st\_\_\_ day of _____September_____, 2023.

_____
THE HONORABLE JENNIFER L. HALL
UNITED STATES MAGISTRATE JUDGE